UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO.3:12-00214 |
| ) | JUDGE KEVIN H. SHARP |
| DAVID JONES ) | |

**O R D E R**

The Defendant, David Jones, shall appear before the Court on **Monday, April 22, 2013, at 10:00 a.m.** to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision.

The United States Marshal shall produce the Defendant at the hearing.

IT IS SO ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE